```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                    UNITED STATES BANKRUPTCY COURT
11                    WESTERN DISTRICT OF WASHINGTON
12  In re: MICHELLE LEE WILLMS
           ANDREW LEROY WILLMS
13                                        Case No. 19-41648-MJH
14
                                          ORDER APPROVING POST-CONFIRMATION
                               Debtor(s). MODIFICATION OF PLAN
15
16
17       THIS MATTER came before the Court on the Debtor(s) motion for post-confirmation approval
18  of the amended plan ("Motion").  The Court has considered the Motion, the records and files in this
19  case, and the oral argument, if any, and found good cause to grant the Motion.
20       Now, therefore, it is ORDERED that:
21       1.      The amended plan [Docket No. 40  ] ("Amended Plan") shall become the plan, pursuant
22  to 11 U.S.C. § 1329(b).
23  //
24  //
25
```

2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the Amended Plan.

/// End of Order ///

Presented by:

/s/Ellen Ann Brown #27992
Counsel, WSBA #
Attorney for Debtor(s)

Order Approving Post-Confirmation Modification of Plan
Local Forms W.D. Wash. Bankr., Form 13-6
Eff. 12/16